Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise described as "Hanging Elf-figurines w. thread W-2043" is properly dutiable, by similitude, as cellulose acetate articles, the claim of the plaintiff was sustained.

**No. 62191.**—S. S. Kresge Co. *v.* United States, protests 225859–K and 226364–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiff was sustained.

**No. 62192.**—B. Shackman & Co. and S. Stern Henry & Co. et al. *v.* United States, protests 278633–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items marked "A" consist of paperweights in chief value of polystyrene similar in all material respects to those the subject of *B. Shackman & Company et al.* v. *United States* (38 Cust. Ct. 30, C. D. 1839), the claim at 20 percent under paragraph 1558 as nonenumerated manufactured articles was sustained. The items marked "B," stipulated to be the same as the merchandise involved in C. D. 1839, *supra*, were held dutiable at 10 percent under said paragraph 1558, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52827).

**No. 62193.**—Ignaz Strauss & Co., Inc. *v.* United States, protests 281873–K and 283370–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of paperweights in chief value of polystyrene similar in all material respects to those the subject of *B. Shackman & Company et al.* v. *United States* (38 Cust. Ct. 30, C. D. 1839), the claim of the plaintiff was sustained.

**No. 62194.**—F. A. O. Schwarz v. United States, protests 295806–K and 298115–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of paperweights in chief value of polystyrene similar in all material respects to those the subject of *B. Shackman & Company et al.* v. *United States* (38 Cust. Ct. 30, C. D. 1839), the claim of the plaintiff was sustained.

**No. 62195.**—E. Leitz, Inc. v. United States, protest 287636–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 62196.**—Manca, Inc., and E. Leitz, Inc. v. United States, protests 294792–K and 310240–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the merchandise was dutiable as follows: The items marked "A" at 20 percent under paragraph 1551 as parts of photographic cameras, not specially provided for, and the items marked "B" at 25 percent under the provision in paragraph 228, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for photographic cameras.

**No. 62197.**—Manca, Inc. v. United States, protests 326547–K and 58/1157 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material